## 35866. SANDERS et al. v. DARNELL et al.

The opinion of the trial court is affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

ARGUED FEBRUARY 11, 1980 — DECIDED MAY 21, 1980 — REHEARING DENIED JUNE 9, 1980.

*Dawson & Huff, Robert J. Huff,* for appellants.
*Davis, Davidson & Hopkins, Jack Davidson,* for appellees.